NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES L. PATEREK, IN HIS OWN RIGHT AND AS BEST FRIEND OF, JAMES LEONARD PATEREK, JR.,**
*Petitioner-Appellee,*

v.

**SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Respondent-Appellant.*

---

2012-5078

---

Appeal from the United States Court of Federal Claims in case no. 02-VV-411, Judge Susan G. Braden.

---

## ON MOTION

---

## ORDER

The United States moves for a 30-day extension of time, until July 11, 2012, to file its brief. James L. Paterek opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 2 4 2012**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Teal Luthy Miller, Esq.
John F. McHugh, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 4 2012

JAN HORBALY
CLERK